**[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *State v. Degahson*, Slip Opinion No. 2024-Ohio-5989.]**

NOTICE

This slip opinion is subject to formal revision before it is published in an advance sheet of the Ohio Official Reports.  Readers are requested to promptly notify the Reporter of Decisions, Supreme Court of Ohio, 65 South Front Street, Columbus, Ohio 43215, of any typographical or other formal errors in the opinion, in order that corrections may be made before the opinion is published.

SLIP OPINION NO. 2024-OHIO-5989

THE STATE OF OHIO, APPELLEE, *v.* DEGAHSON, APPELLANT.

**[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *State v. Degahson*, Slip Opinion No. 2024-Ohio-5989.]**

*Court of appeals' judgment affirmed on the authority of* State v. Miree*.*

(No. 2022-1257—Submitted December 23, 2024—Decided December 24, 2024.)

APPEAL from the Court of Appeals for Clark County,

No. 2021-CA-35, 2022-Ohio-2972.

_____

The below judgment entry of the court was joined by KENNEDY, C.J., and DEWINE, DONNELLY, STEWART, BRUNNER, and HAWKINS, JJ.  FISCHER, J., dissented.

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *State v. Miree*, 2024-Ohio-5714.

_____

Daniel P. Driscoll, Clark County Prosecuting Attorney, and Robert C. Logsdon, Assistant Prosecuting Attorney, for appellee.

Elizabeth R. Miller, Ohio Public Defender, and Craig M. Jaquith, Assistant Public Defender, for appellant, Ulonda Evette Degahson.

_____